# Third District Court of Appeal

## State of Florida

Opinion filed December 8, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2002
Lower Tribunal No. F14-24007
_____

**Santiago Milian,
a/k/a Santiago Jimenez,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Santiago Milian a/k/a Santiago Jimenez, in proper person.

Ashley Moody, Attorney General, for appellee.


Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.